# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MORAN HOMES LLC,

        Plaintiff,

vs.

KEITH LEWERS,

        Defendant.

Case No.: 2:14-cv-02050-GMN-CWH

**ORDER**

Pending before the Court is the Motion to Remand (ECF No. 3) filed by Plaintiff Moran Homes LLC. Responses were due January 1, 2015, and no response or opposition has been filed. Local Rule 7–2(d) provides that failure to file points and authorities in opposition to a motion constitutes a consent that the motion be granted. *Abbott v. United Venture Capitol, Inc.*, 718 F.Supp. 828, 831 (D. Nev. 1989). It has been said these local rules, no less than the federal rules or acts of Congress, have the force of law. *United States v. Hvass*, 355 U.S. 570, 574–575 (1958); *Marshall v. Gates*, 44 F.3d 722, 723 (9th Cir. 1995). Accordingly, Defendant Keith Lewers has consented to the Motion.

**IT IS HEREBY ORDERED** that Plaintiff Moran Homes LLC's Motion to Remand (ECF No. 3) is **GRANTED** and this case is hereby remanded to the Justice Court for Clark County. The Clerk of the Court shall remand this case back to state court and thereafter close this Court's case.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Shorten Time is **DENIED as moot**.

**DATED** this 13th day of January, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Judge